UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WORLDWIDE AIRCRAFT SERVICES, INC. and MICHAEL BRANNIGAN,**

    Plaintiff,

v.                                                                                       Case No. 8:21-cv-456-CEH-AAS

**ANTHEM INSURANCE COMPANIES, INC.,**

    Defendants.
_____/

## ORDER

Attorney Marlee Waxelbaum Santos for Anthem Insurance Companies, Inc. (Anthem) requests to withdraw from representing Anthem pursuant to Florida Rule of Professional Conduct 4-1.16(b) because Ms. Santos is leaving the law firm of Troutman Pepper Hamilton Sanders, LLP. (Doc. 32).  Local Rule 2.02(c)(2),[1] M.D. Fla., states "[t]he withdrawing lawyer — *not the lawyer's present or former firm or another lawyer* — must move to withdraw unless unable because of an emergency, disability, or death" (emphasis added). While the motion provides Ms. Santos as the party moving to withdraw, the motion is only signed by Gillian D. Williston, cocounsel for Anthem and an attorney at

---

[1] On February 1, 2021, revisions to the Middle District of Florida's Local Rules took effect. *See Local Rules*, https://www.flmd.uscourts.gov/local-rules.

Troutman Pepper Hamilton Sanders, LLP. Since Ms. Santos did not herself move to withdraw as counsel for Anthem, Ms. Santos's motion does not comply with Local Rule 2.02(c)(2).

Attorney Santos's motion to withdraw as counsel (Doc. 32) is therefore **DENIED without prejudice.**

**ORDERED** in Tampa, Florida on October 7, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge