# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL BRANNIGAN, ATTORNEY-IN-FACT FOR PATIENT KD, and WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a/ JET ICU,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANTHEM INSURANCE COMPANIES, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>　　　　　Defendant. | Case No.8:21-cv-00456-CEH-AAS |

## JOINT STIPULATION TO EXTEND DEADLINES

COMES NOW, Plaintiff, MICHAEL BRANNIGAN, ATTORNEY-IN-FACT FOR PATIENT KD, and WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a/ JET ICU and Defendant, ANTHEM INSURANCE COMPANIES, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD and hereby file this Joint Stipulation of the Parties to extend the deadlines provided in the Case Management and Scheduling Order. The mutually agreed upon deadlines are as follows:

| | |
|---|---|
| **Mandatory Initial Disclosures** | **Completed** |
| **Certificate of Interested Persons and Corporate DisclosureStatement** | **Completed** |
| **Motions to Add Parties or to Amend Pleadings** | **Completed** |
| **Deadline for completing written discovery and filing anymotion to compel discovery.** *See* **Fed. R. Civ. P. 37;** *Middle District Discovery* **(2021)** | **June 6, 2022** |

1

| | |
|---|---|
| **Deadline for completing depositions/ Non-expert** | July 6, 2022 |
| **Disclosure of Expert Reports**<br>Plaintiff:<br>Defendant:<br>Rebuttal: | <br>July 15, 2022<br>August 1, 2022<br>September 1, 2022 |
| **Discovery Deadline** | July 6, 2022 |
| **Dispositive Motions,** *Daubert***, and** *Markman* **Motions** | AUGUST 5, 2022 |
| *Meeting In Person* **to Prepare Joint Final Pretrial Statement** | AUGUST 12, 2022 |
| *Joint Final Pretrial Statement,* **(including a Single Set of Jointly-Proposed Jury Instructions and Verdict Form [aWord version may be e-mailed to the Chambers mailbox]** *Voir Dire* **Questions, Witness Lists, ExhibitLists with Objections on Approved Form)** | AUGUST 23, 2022 |
| **All Other Motions Including Motions** *In Limine* | AUGUST 30, 2022 |
| **Final Pretrial Conference**<br>Date:<br>Time:<br>Judge: | <br>SEPTEMBER 20, 2022<br>1:30 PM<br>Charlene Edwards Honeywell<br>Courtroom 13A |
| **Trial Briefs and Deposition Designations** | SEPTEMBER 13, 2022 |
| **Trial Term Begins** | OCTOBER 3, 2022 |
| **Estimated Length of Trial** | 3-4 days |

Dated December 13, 2021

/s/ *Virginia Bell Flynn* | /s/ *George G. Angeliadis*
Chad R. Fuller, Esq. Pro Hac Vice
Virginia Bell Flynn, Esq. Pro Hac Vice
Gillian Williston, Esq. Pro Hac Vice
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7517
Facsimile: (757) 687-7510
Emails: Chad.Fuller@troutman.com
Virginia.Flynn@troutman.com
Marlee.Santos@troutman.com
Gillian.Williston@troutman.com

Counsel for Defendant Anthem Insurance Companies, Inc., d/b/a Anthem Blue Cross and Blue Shield

**James L. Magazine, Esq.**
Florida Bar No. 847232
**George Angeliadis, Esq.**
Florida Bar No. 80081
**Christopher Dyer, Esq.**
Florida Bar No. 68674
**The Law Offices of Lucas & Magazine, PLLC**
8606 Government Drive
New Port Richey, FL 34654
(727) 849-5353 [Tel]
(727) 845-7949 [Fax]
Service of Pleadings only:
lucasmagazine@lucasmagazine.com
Secondary email: Mjarrett@lucasmagazine.com

Robert J. Axelrod (Pro Hac Vice)
AXELROD LLP
1465 Fifth Avenue, No. 7D
New York, NY 10035
(646) 833-9863
rjaxelrod@axelrodllp.com