# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL BRANNIGAN, ATTORNEY-IN-FACT FOR PATIENT KD, and WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a/ JET ICU,<br><br>          Plaintiffs,<br><br>      v.<br><br>ANTHEM INSURANCE COMPANIES, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>          Defendant. | Case No.8:21-cv-00456-CEH-AAS |

### PLAINTIFF'S NOTICE OF FIRM NAME CHANGE AND AMENDED DESIGNATION OF E-MAIL ADDRESS

PLEASE TAKE NOTICE that EFFECTIVE February 1, 2022, pursuant to the Florida Bar Rules, the law firm formerly knowns at the Law Offices of Lucas & Magazine will now be known as **LUCAS, MACYSZYN & DYER LAW FIRM PLLC**.

All Court files and future pleadings shall be amended to reflect these changes effective **February 1, 2022**.

Further, undersigned counsel for Plaintiff, MICHAEL BRANNIGAN, ATTORNEY-IN-FACT FOR PATIENT KD, and WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a/ JET ICU designates the following service e-mail addresses for service of all documents pursuant to Fla. R. Jud. Admin. 2.516 in this proceeding:

        Pleadings E-mail Address:     service@lmdlawfirm.com
        Primary E-mail Address:       George@lmdlawfirm.com
        Secondary E-Mail Address:   meghan@lmdlawfirm.com

[THIS SPACE INTENTIONALLY LEFT BLANK]

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to Virginia Bell Flynn, Esq., Attorney for Defendants, Troutman Pepper Hamilton Sanders LLP, 222 Central Park Ave Ste 200 Virginia Beach, VA 23462, via email delivery to: virginia.flynn@troutman.com; chad.fuller@troutman.com; gillian.williston@troutman.com on this 17th day of March, 2022.

                                        **Lucas, Macyszyn & Dyer Law Firm, PLLC**
                                        /s/ George G. Angeliadis
                                        **GEORGE G. ANGELIADIS, ESQUIRE**
                                        **FBN:  80081**
                                        8606 Government Drive
                                        New Port Richey, FL  34654
                                        (727) 849-5353; FAX(727) 845-7949
                                        Email:  service@lmdlawfirm.com
                                        Attorneys for Plaintiff